COM.

v.

**WILLIAMS, M.**

**62 EDA 2016**

Superior Court of Pennsylvania.

03/01/2017

Reargument Denied 6/15/2017

CP–23–CR–0005614–2009 (Delaware)

Affirmed

COM.

v.

**DAVIS, A.**

**457 EDA 2016**

Superior Court of Pennsylvania.

03/01/2017

CP–48–CR–0002141–2008 (Northampton)

Affirmed—Application to Withdraw as Counsel Granted

COM.

v.

**HESS, A.**

**915 EDA 2016**

Superior Court of Pennsylvania.

03/01/2017

Reargument Denied 4/27/2017

CP–48–CR–0002823–2014 (Northampton)

Affirmed

COM.

v.

**MCNEIL, M.**

**931 EDA 2016**

Superior Court of Pennsylvania.

03/01/2017

CP–51–CR–0008047–2012 (Philadelphia)

Affirmed